**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

SOUTHERN-OWNERS INSURANCE
COMPANY, a foreign corporation,

    Plaintiff,

vs.                                                                         CASE NO.:
                                                                                         Division:

ALPHA HOMES, INC., formerly known as
SUAREZ HOUSING CORPORATION,

    Defendants.
_____/

**COMPLAINT FOR DECLARATORY JUDGMENT**

Plaintiff, SOUTHERN-OWNERS INSURANCE COMPANY, a foreign corporation (hereinafter referred to as "SOUTHERN-OWNERS"), by and through its undersigned counsel, brings this action for declaratory judgment against the Defendants, ALPHA HOMES, INC., a Florida corporation, (hereinafter referred to as "ALPHA"), formerly known as SUAREZ HOUSING CORPORATION, a Florida corporation (hereinafter referred to as "SUAREZ"), and alleges the following:

**PARTIES, JURISDICTION, APPLICABLE LAW, AND VENUE**

1. This is a cause of action for declaratory judgment since there is an actual controversy between the parties pursuant to 28 U.S.C. Section 2201.

2. At all times material hereto, the Plaintiff, SOUTHERN-OWNERS, was and is a Michigan corporation (with its principal place of business in Lansing, Michigan), which was licensed and engaged in the business of selling insurance in Florida.

3. At all times material hereto, ALPHA, formerly known as SUAREZ, was and is a Florida corporation with its principal place of business located in Tampa, Florida.

4. On or about February 5, 2010, SUAREZ amended its Articles of

Incorporation changing its name to ALPHA.

5. At all times material hereto, ALPHA is the successor in interest to SUAREZ.

6. This is an action for damages that exceed the sum of $75,000.00, exclusive of costs, interest, and attorneys fees.

7. This Court has jurisdiction in this matter since there is complete diversity of citizenship between the Plaintiff and the Defendant pursuant to 28 U.S.C. § 1332(a)(1), there is an actual controversy between the parties within the meaning of 28 U.S.C. § 2201, and the amount in controversy exceeds $75,000.00, exclusive of costs, interest, and attorneys fees.

8. The issues in controversy in this action should be determined under the laws of Florida because the parties to the insurance contract, SOUTHERN-OWNERS and SUAREZ, entered into the insurance contracts in Florida and the contracts at issue were delivered in Florida.

9. Venue in this district satisfies the requirements of 28 U.S.C. § 1391(b)(1-2) because a substantial amount of the events and occurrences giving rise to the claim occurred in this district.

## FACTUAL BACKGROUND

10. During 2006 and 2007, SUAREZ constructed and sold a number of single-family residences in Riverview, Hillsborough County, Florida.

11. On or about October 14, 2009, SUAREZ sent correspondence putting SOUTHERN-OWNERS on notice that multiple residences constructed by SUAREZ during 2006 and 2007 were allegedly built using defective drywall.

12.     On or about December 16, 2009, SUAREZ sent a letter demanding SOUTHERN-OWNERS confirm coverage for present and potential future claims made by various purchasers of the homes constructed by SUAREZ with defective drywall, reimburse SUAREZ for the expenses and attorneys' fees expended in investigating these claims, and undertake the cost to repair and remediate the affected residences.

## THE POLICIES

13.     SOUTHERN-OWNERS issued to SUAREZ two policies of commercial general liability insurance (hereinafter referred to as "The Policies"), under policy numbers 964612-20578341-05 and 964612-20578341-06, for policy periods of 8/31/2005 to 8/31/2006 and 8/31/2006 to 8/31/2007, respectively. (Copies of The Policies are attached hereto as "Exhibit A" and "Exhibit B").

14.     The Policies do not cover bodily injury, property damage, or other damages caused by emissions of gases or fumes from the defective drywall.

15.     The Policies also do not cover any costs to repair or replace the defective drywall.

16.     In pertinent part, The Policies provide:[1]

**SECTION 1- COVERAGES**

**COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY**

**1. Insuring Agreement**

    **a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend any "suit" seeking those damages. We may at

---

[1] The relevant portions of both policies are substantially the same. Any differences are noted.

our discretion investigate any "occurrence" and settle any claim or "suit" that may result.

* * *

**b.** This insurance applies to "bodily injury" and "property damage" only if:

**(1)** The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

**(2)** The "bodily injury" or "property damage" occurs during the policy period; and

**(3)** Prior to the policy period, no insured listed under Paragraph **1.** of Section **II** - Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized employee knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, than any continuation, change or resumption of such "bodily injury or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.[2]

**c.** "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph **1.** of Section **II -** Who Is an Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:[3]

**(1)** Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

**(2)** Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

**(3)** Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

---

[2] Policy Number 964612-20578341-05 (effective 8/31/2005 to 8/31/2006) does not contain this paragraph.
[3] Policy Number 964612-20578341-05 (effective 8/31/2005 to 8/31/2006) does not contain this paragraph.

    **d.** Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".[4]

**2. Exclusions**

This insurance does not apply to:

    **a. Expected Or Intended Injury**

    "Bodily injury" or "property damage" expected or intended from the standpoint of the insured.

* * *

    **b. Contractual Liability**

    "Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

        **(1)** Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. However, if the insurance under this policy does not apply to the liability of the insured, it also does not apply to such liability assumed by the insured under an "insured contract".[5]

        **(2)** That the insured would have in the absence of the contract or agreement.

* * *

    **f. Pollution**

        **(1)** "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

---

[4] This paragraph is labeled paragraph c. in Policy Number 964612-20578341-05 (effective 8/31/2005 to 8/31/2006).
[5] The last sentence of this paragraph is not included in Policy Number 964612-20578341-05 (effective 8/31/2005 to 8/31/2006).

    **(a)**    At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured.

        \*   \*   \*

    **(d)**    At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor, or subcontractor.

        \*   \*   \*

**(2)**    Any loss, cost or expense arising out of any:

    **(a)**    Request, demand, order or statutory or regulatory requirement than any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or asses the effects of, "pollutants";[6] or

    **(b)**    Claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of "pollutants".

        \*   \*   \*

**j. Damage to Property**

"Property damage" to:

        \*   \*   \*

**(3)**    Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;[7]

        \*   \*   \*

---

[6] Policy Number 964612-20578341-05 (effective 8/31/2005 to 8/31/2006) does not contain the reference to "statutory or regulatory requirement".

[7] This paragraph is labeled paragraph (2) in Policy Number 964612-20578341-05 (effective 8/31/2005 to 8/31/2006).

    **(6)**    That particular part of real property on which any insured or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations;[8] or

    **(7)**    That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.[9]

*   *   *

Paragraph **(3)** of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs **(4)**, **(5)**, **(6)** and **(7)** of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph **(7)** of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".[10]

**k. Damage To Your Product**

"Property damage" to "your product" arising out of it or any part of it.

**l. Damage To Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard."

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.[11]

---

[8] This paragraph is labeled paragraph (5) in Policy Number 964612-20578341-05 (effective 8/31/2005 to 8/31/2006).

[9] This paragraph is labeled paragraph (6) in Policy Number 964612-20578341-05 (effective 8/31/2005 to 8/31/2006).

[10] The limitations outlined in these three paragraphs as exclusions to "property damage" reference paragraphs (2), (3), (4), (5) and (6) in Policy Number 964612-20578341-05 (effective 8/31/05 to 8/31/2006).

[11] Policy Number 964612-20578341-06 (effective 08/31/2006 to 8/31/2007) does not contain the second paragraph limiting the application of Exclusion l.

    **m.  Damage To Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

**(1)**  A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

**(2)**  A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

    **n.  Recall of Products, Work or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

**(1)** "Your product";

**(2)** "Your work"; or

**(3)** "Impaired property"

If such product, work or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

*   *   *

**COVERAGE C. MEDICAL PAYMENTS**

**1.  Insuring Agreement**

    **a.**  We will pay medical expenses as described below for "bodily injury" caused by an accident:

**(1)**  On premises you own or rent;

  **(2)**  On ways next to premises you own or rent; or

  **(3)**  Because of your operations;

Provided that:

**(1)**  The accident takes place in the "coverage territory" and during the policy period;

**(2)**  The expenses are incurred and reported to us within one year of the date of the accident; and

**(3)**  The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

*　*　*

**2. Exclusions**

We will not pay expenses for "bodily injury":

*　*　*

 **f. Products-Completed Operations Hazard**

  Included within the "products-completed operations hazard".

 **g. Coverage A Exclusions**

  Excluded under Coverage **A**.

*　*　*

**SECTION II – WHO IS AN INSURED**

**1.** If you are designated in the Declarations as:

*　*　*

 **d.** An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as officers or directors. Your stockholders are also insureds, but only

with respect to their liability as stockholders.[12]

\* \* \*

**SECTION V – DEFINITIONS**

\* \* \*

4. "Bodily injury" means bodily injury, bodily sickness or bodily disease sustained by a person, including death resulting from any of these at any time.

\* \* \*

9. "Impaired Property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:[13]

   a. It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

   b. You have failed to fulfill the terms of a contract or agreement;

   if such property can be restored to use by:

   a. The repair, replacement, adjustment or removal of "your product" or "your work"; or

   b. Your fulfilling the terms of the contract or agreement.

\* \* \*

14. "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.[14]

\* \* \*

16. "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled,

---

[12] This paragraph is labeled paragraph c. in Policy Number 964612-20578341-05 (effective 8/31/2005 to 8/31/2006).

[13] This paragraph is labeled paragraph 5. in Policy Number 964612-20578341-05 (effective 8/31/2005 to 8/31/2006).

[14] This paragraph is labeled paragraph 9. in Policy Number 964612-20578341-05 (effective 8/31/2005 to 8/31/2006).

    reconditioned or reclaimed.[15]

**17.** "Products- completed operations hazard":[16]

 **a.** Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

  **(1)** Products that are still in your physical possession; or

  **(2)** Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

   **(a)** When all of the work called for in your contract has been completed.

   **(b)** When all of the work to be done at the job site has been completed if your contract calls for work at more than one site.

   **(c)** When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

 Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

* * *

**18.** "Property damage" means:[17]

 **a.** Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

 **b.** Loss of use of tangible property that is not physically injured.

---

[15] Policy Number 964612-20578341-05 (effective 8/31/2005 to 8/31/2006) does not contain a definition for "pollutants".

[16] This paragraph is labeled paragraph 11. in Policy Number 964612-20578341-05 (effective 8/31/2005 to 8/31/2006).

[17] This paragraph is labeled paragraph 12. in Policy Number 964612-20578341-05 (effective 8/31/2005 to 8/31/2006).

All such loss shall be deemed to occur at the time of the "occurrence" that caused it.

*   *   *

**26.** "Your product":[18]

    **a.** Means:

        **(1)** Any good or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

            **(a)** You;

            **(b)** Others trading under your name; or

            **(c)** A person or organization whose business or assets you have acquired; and

        **(2)** Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

    **b.** Includes:

        **(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

        **(2)** The providing of or failure to provide warnings or instructions.

*   *   *

**27.** "Your work":[19]

    **a.** Means:

        **(1)** Work or operations performed by you or on your behalf; and

---

[18] This paragraph is labeled paragraph 14. in Policy Number 964612-20578341-05 (effective 8/31/2005 to 8/31/2006).

[19] This paragraph is labeled paragraph 15. in Policy Number 964612-20578341-05 (effective 8/31/2005 to 8/31/2006).

      **(2)** Materials, parts or equipment furnished in connection with such work or operations.

   **b.** Includes:

      **(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work", and

      **(2)** The providing of or failure to provide warnings or instructions.

* * *

## DECLARATORY JUDGMENT

17. Based upon the policy exclusions outlined above, there is no applicable coverage for the homes allegedly damaged by the allegedly defective drywall. As such, there is no obligation to defend or indemnify.

18. There exists a bona fide, actual, and present dispute between the parties, and SOUTHERN-OWNERS is uncertain of its legal rights and duties under The Policies and therefore requests a declaratory judgment.

19. All of the persons who have or who may have an actual, present, adverse, and antagonistic interest in the subject matter are before the court by proper process.

20. The declaration sought by SOUTHERN-OWNERS is not merely the giving of legal advice, but rather it is a declaration regarding a present controversy as to the herein stated facts.

WHEREFORE, SOUTHERN-OWNERS requests that this Court assume jurisdiction of this cause and issue a judgment declaring the following: (1) There is no coverage for the allegedly hazardous conditions caused by the drywall used in the

construction of the subject homes under The Policies issued by SOUTHERN-OWNERS to Defendants; (2) There is no coverage to replace or cure any defective conditions caused by the use of the subject drywall afforded by SOUTHERN-OWNERS to Defendants; and (3) SOUTHERN-OWNERS has no duty or obligation to defend or indemnify Defendants from any and all claims, demands, inspections, damages, and/or expenses of any kind or nature (including attorneys fees and consultant fees) that in any way arise out of or relate to the drywall used by Defendants. SOUTHERN-OWNERS further requests that this Court enter an award in SOUTHERN-OWNERS' favor for the costs incurred in this action.  Lastly, Southern Owners would request such other and further relief as this Court deems proper.

  s/ Michael S.Rywant
Michael S. Rywant, Esquire, Trial Counsel
FBN: 240354
mrywant@rywantalvarez.com
Amy M. Ferrera, Esquire, Trial Counsel
FBN: 15313
aferrera@rywantalvarez.com
RYWANT, ALVAREZ, JONES, RUSSO & GUYTON, P.A.
109 North Brush Street, Suite 500
Tampa, Florida  33602
Tel:    (813) 229-7007
Fax:   (813) 223-6544
Attorneys for Plaintiff Southern-Owners Insurance Company